UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
 :
ELVIS ORLANDO ROCHEZ FERNANDEZ, :
 :
                     Plaintiff, :
 :    23 Civ. 898 (JPC)
     -v- :
 :    <u>ORDER</u>
A & A STONE INC, A & A MARBLE GRANITE :
CORP., ARBER NDRECAJ and AGIM AVDYLI, :
 :
                    Defendants. :
 :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court has been informed that the parties have reached a settlement in principle in this case. Dkt. 13. It is hereby ORDERED that the parties shall file a joint letter regarding the status of settlement discussions by October 20, 2023. If this case has been voluntarily dismissed or otherwise terminated by that date, counsel are not required to submit such letter or to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the joint letter submission deadline, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19, *available at* http://nysd.uscourts.gov/ecf_filing.php.

      SO ORDERED.

Dated: September 25, 2023
       New York, New York
                                              JOHN P. CRONAN
                                        United States District Judge