# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (347) 687-2019
Suite 308　　　　　　　　　　　　　　　　　　　　　　　　　　　cmulhollandesq@gmail.com
Astoria, NY 11106

October 30th, 2023

Honorable John P. Cronan
United States District Judge
Thurgood Marshall
United States Courthouse
500 Pearl Street
New York, NY 10007

　　　　　　　　　Re: Rochez Fernandez v. A & A Stone Inc et al, **23-cv-898**

Your Honor,

　　　The parties have a final agreement out for execution – Plaintiff has executed but Defendants have not. I apologize for missing the October 20, 2023 deadline without requesting an extension, the undersigned did not calendar the date properly. If the Court would so permit, the parties will likely be able to submit the fully executed agreement in two weeks.

　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　/s/ Colin Mulholland, Esq.

The parties' deadline to file a joint status letter or, in the alternative, a submission in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) or, as applicable, other proof of termination, is adjourned *nunc pro tunc* from October 20, 2023, to November 13, 2023.

SO ORDERED.
Date:  October 31, 2023
New York, New York

　　　　　　　　　　　　　_____
　　　　　　　　　　　　　JOHN P. CRONAN
　　　　　　　　　　　　　United States District Judge